UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: ENRIQUE ANTONIO OCON, | CASE NO.: 06-14878-AJC |
| | CHAPTER 13 CASE |
| Debtor. | |
| _____/ | |
| ENRIQUE ANTONIO OCON, | ADV. PRO. NO.: 06-2140-AJC |
| Plaintiff, | |
| vs. | |
| EQUINAMICS, CORP., and JANINE OCON, | |
| Defendants. | |
| _____/ | |

## MR. OCON'S DEMAND FOR JURY TRIAL

**NOW INTO COURT**, through undersigned counsel, comes **ENRIQUE ANTONIO OCON**, the Debtor/Plaintiff herein (Hereinafter "Mr. Ocon"), and pursuant to Local Rule of Bankruptcy Procedure 9015-1(B), Fed. R. Bkr. Pro. 9015, and Fed. R. Civ. Pro. 38, hereby demands trial by jury as to all those issues so triable thereof. The demand seeks jury trial before the District Court.

**I HEREBY CERTIFY** that a true and accurate copy of the above has been furnished by U.S. Mail this 7th day of February, 2007, to: Nancy N. Herkert, Trustee, The Office of the Standing Chapter 13 Trustee, P.O. Box 279806, Miramar FL 33027; Janine Ocon, 2737 Oakbrook Lane, Weston, FL 33332; Joel Tabas, Esq., Tabas, Friedman, etc., Ste. 919, 25 S.E. 2nd Ave., Miami, Fl., 33131-1538; Mr. James A. Bonfiglio, Esq., Law Offices of James A. Bonfiglio, P.A., P.O. Box 1489 Boynton Beach FL 33425-1489.

1

demandjuryfinal.020707.wpd

Case 06-02140-AJCDoc 14Filed 02/07/07Page 2 of 2

In Re: Ocon Case No.:06-14878-AJC
Ocon's Response To M/Dismiss, etc.
Page 2

    **I HEREBY CERTIFY**, that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court as set forth in Local Rule 2090-1(A).

        **LAW OFFICES OF SHERRI B. SIMPSON, P.A.**
        517 S.W. 1 Ave.
        Fort Lauderdale, Fla. 33301
        (954) 524 - 4141 Telephone
        (954) 763 - 5117 Facsimile
        Email: sbsimpson53@aol.com

BY: /s/ Sherri Simpson
      **SHERRI B. SIMPSON**, Attorney at Law
      Florida Bar Number: 869491

2

demandjuryfinal.020707.wpd

*Law Offices of Sherri B. Simpson, P.A. ✧ 33 N.E. 2ⁿᵈ Street, Suite 208 ✧ Fort Lauderdale, Florida 33301
Telephone: (954) 524-4141 ✧ Facsimile (954) 763-5117*